# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1556
L.T. Case No. 2020-CC-001033

_____

RICHARD E. ADAMS,

   Appellant,

   v.

PLANTATION VILLAGE
TOWNHOUSE ASSOCIATION, INC.,

   Appellee.

_____

On appeal from the County Court for Clay County.
Raymond Edward Forbess, Jr., Judge.

Kevin S. Sanders, of Kevin S. Sanders, LLC, Jacksonville, for
Appellant.

Michelle H. Martino, of McCabe | Ronsman, Ponte Vedra Beach,
for Appellee.

March 26, 2026

PER CURIAM.

   AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____